**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS E. MARTINEZ d/b/a MERIDAN GENERAL STORE, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-01595 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DECLINING SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS<br><br>(Doc. 7) |

　　　　Joshua Cuevas seeks to hold Louis E. Martinez, doing business as Meridan General Store, liable for violations of Title III of the Americans with Disabilities Act.  In addition, Plaintiff asserts several claims arising under state law, including: California's Unruh Civil Rights Act, Disabled Persons Act, Health and Safety Code, and negligence.  (Doc. 1.)  Following an order to show cause regarding jurisdiction (Doc. 5), the assigned magistrate judge issued Findings and Recommendations, recommending the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and dismiss the claims without prejudice pursuant to 28 U.S.C. § 1367(c)(4).  (Doc. 7.)

　　　　The Court served the Findings and Recommendations on Plaintiff[1] and informed him that any objections must be filed within 14 days of the date of service.  (Doc. 7 at 9.)  The Court advised him that "failure to file objections within the specified time may result in the waiver of

---

[1] Defendant has not yet appeared in this action.

rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated January 15, 2025 (Doc. 7) are **ADOPTED** in full.
2. The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's claims arising under state law pursuant to 28 U.S.C. § 1367(c)(4).
3. Plaintiff's claims for violations of the Unruh Act, Disabled Persons Act, Cal. Health & Safety Code, and negligence are **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: **January 31, 2025**

UNITED STATES DISTRICT JUDGE

2